UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| WILLIAM A. GAVIN, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:14CV787 CEJ |
| | ) | |
| LINCOLN COUNTY SHERIFF'S DEPARTMENT, et al., | ) ) | |
| | ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

Plaintiff has submitted a complaint, but he has neither paid the filing fee nor filed a motion to proceed in forma pauperis. Plaintiff will be required to do one or the other before he can proceed with this case. If plaintiff files a motion to proceed in forma pauperis, he must also file a certified copy of his prison account statement for the six-month period immediately preceding the filing of his complaint. 28 U.S.C. ' 1915(b).

Accordingly,

**IT IS HEREBY ORDERED** that within thirty (30) days of the date of this Order plaintiff shall either (1) pay the $350.00 filing fee or (2) submit a motion to proceed in forma pauperis along with a certified copy of his prison account statement for the six-month period immediately preceding the filing of his complaint.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail plaintiff a copy of the form titled, "Motion to Proceed In Forma Pauperis and Affidavit in Support B Prisoner Cases," along with a copy of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court may dismiss this action without prejudice.

Dated this 5th day of <u>May</u>, 2014.

                                                      CAROL E. JACKSON
                                                      UNITED STATES DISTRICT JUDGE